UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:13-cv-534 (AJT/TCB) |
| ) | |
| MARGARET A. FOCARINO, ) | |
| Commissioner of Patents, ) | |
| ) | |
| Defendant. ) | |

## AGREED ORDER OF REMAND

Pursuant to a settlement between the parties, it is hereby

ORDERED that the instant civil action is REMANDED to the United States Patent & Trademark Office for further administrative proceedings.

Dated: JAN. 13, 2014

/s/
Anthony J. Trenga
United States District Judge
UNITED STATES DISTRICT JUDGE

1

WE ASK FOR THIS:

_/s/ Thomas P. Pavelko_ — AUSA w/ permission
Thomas P. Pavelko
Novak Druce Connolly Bove & Quigg LLP
1875 Eye Street, NW, Eleventh Floor
Washington, D.C. 20006
(202) 659-0100
thomas.pavelko@novakdruce.com
Date: 1/10/14
Counsel for Plaintiff

_/s/_
Dennis C. Barghaan, Jr.
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3891
dennis.barghaan@usdoj.gov
Date: 1/10/14
Counsel for Defendant

2